IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLARD J. HARRELL,
    Plaintiff,

vs.                            Case No.:  3:08cv66/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 7, 2008 (Doc. 15).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed, if any.

      Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Defendant's Motion to Remand (Doc. 14) is **GRANTED**, and the Commissioner's decision denying benefits is **REVERSED**.

      3.  This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

      4.   Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation (Doc. 15).

5.  The Clerk shall enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

6.  The clerk is directed to administratively close this file.

**DONE AND ORDERED** this 6th day of November, 2008.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**